**UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA**

**CIVIL MINUTES -- GENERAL**

| | | |
|---|---|---|
| Case No. | **CV 19-8706-JFW(SPx)** | Date: July 15, 2020 |

Title: The Travelers Indemnity Company of Connecticut -v- Sky High Investment Company LLC, et al.

---

**PRESENT:**

**HONORABLE JOHN F. WALTER, UNITED STATES DISTRICT JUDGE**

| Shannon Reilly | None Present |
|---|---|
| Courtroom Deputy | Court Reporter |

| **ATTORNEYS PRESENT FOR PLAINTIFFS:** | **ATTORNEYS PRESENT FOR DEFENDANTS:** |
|---|---|
| None | None |

**PROCEEDINGS (IN CHAMBERS):**    **ORDER TO SHOW CAUSE WHY SANCTIONS SHOULD NOT BE IMPOSED FOR FAILURE TO COMPLY WITH THE COURT'S ORDER**

    In the Court's February 20, 2020 Scheduling and Case Management Order ("CMO"), the Court set July 6, 2020 as the last day to conduct a Settlement Conference, and July 10, 2020 as the last day to file a Joint Report Re: Results of Settlement Conference. Based on the Joint Status Report Regarding Results of Settlement Conference/Mediation filed on July 10, 2020 [Docket No. 34], the parties have violated the Court's CMO by failing to complete the Settlement Conference by the Court ordered deadline of July 6, 2020.

    Accordingly, the parties are ordered to show cause in writing by July 20, 2020 why the Court should not impose sanctions in the amount of $2,500.00 against lead counsel for each of the parties for their violation of the Court's CMO. No oral argument on this matter will be heard unless otherwise ordered by the Court. *See* Fed. R. Civ. P. 78; Local Rule 7-15. The Order to Show Cause will stand submitted upon the filing of the response to the Order to Show Cause. Failure to respond to the Order to Show Cause will result in the imposition of sanctions and the remand of this action.

    IT IS SO ORDERED.

Initials of Deputy Clerk   sr