Closed

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| THE TRAVELERS INDEMNITY COMPANY OF CONNECTICUT, a Connecticut Corporation,<br><br>Plaintiffs,<br><br>v.<br><br>SKY HIGH INVESTMENT COMPANY LLC, a California Limited Liability Company, MORAD BEN NEMAN, an individual, NEMAN REAL ESTATE INVESTMENTS, LLC, a California Limited Liability Company,<br><br>Defendants. | Case No.  2:19-cv-08706-JFW (SPx)<br><br>**ORDER OF DISMISSAL** |

On September 13, 2022, the parties jointly submitted a Stipulation to Dismiss the Entire Action with Prejudice to the Court.

For good cause shown, the instant matter is dismissed with prejudice, and the parties will bear their own respective costs and attorney fees.

IT IS SO ORDERED.

Date: September 14, 2022

Hon. John F. Walter, U.S. District Judge

[